IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

"APPROVED" THIS 4 DAY
of April, 2022.

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

BRIAN ASKEW

    Plaintiff,

v.

METROPOLITAN PROTECTIVE
SERVICES, INC., *et al.*

    Defendants.

Civil Action No.: 8:21-cv-02189-TJS

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated by the parties, by and through their undersigned counsel, that the above-captioned action, including any and all claims raised in such action, be dismissed, in its entirety, with prejudice and with each party to bear its own costs.

| | |
|---|---|
| BRIAN ASKEW<br>By Counsel<br><br>TUCKER MOORE GROUP, LLP<br><br>/s/Charles Tucker<br>Charles Tucker, Jr., Esq., #19045<br>8181 Professional Place, Suite 207<br>Hyattsville, Maryland 20785<br>(301) 577-1175(Telephone)<br>(240) 467-5787 (Facsimile)<br>charles@tuckerlawgroupllp.com | METROPOLITAN PROTECTIVE<br>SERVICES, INC., DERRICK PARKS,<br>AHMAD HABIBI, AND<br>ELVA HERNANDEZ<br>By Counsel<br><br>CARR MALONEY P.C.<br><br>/s/ Brian M. O'Shea<br>Thomas L. McCally, Esq., #06716<br>Brian M. O'Shea, Esq., #20608<br>2000 Pennsylvania Avenue<br>Suite 8001<br>Washington, D.C. 20006<br>202-310-5500 (Telephone)<br>202-310-5555 (Facsimile)<br>thomas.mccally@carrmaloney.com<br>brian.o'shea@carrmaloney.com |